# CERTIFICATE OF NON SERVICE

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

**Case #: 19-CV-5367**

---

**Roor International BV and Sream, Inc.**

Plaintiff

vs.

**11th Street Discount Tobacco and Ahmed Owfi**

Defendant

---

The undersigned, being first duly sworn, on oath deposes and says: that s(he) is now and at all the times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be witness therein.

Affiant states s(he) attempted to serve **Ahmed Owfi**, at **839 W American St, Freeport, IL 61032**, with the **Summons & Complaint for Injunctive Relief and Damages** and after due search, careful inquiry and diligent attempts, was unable to effect service for the following reasons:

| | | | |
|---|---|---|---|
| 11/06/2019 | 05:30 PM | - | Attempted service at 839 W. American St. No answer to repeated knocks or doorbell. I spoke with neighbor who said he works from 3PM to 12AM. I will go to place of business tomorrow. |
| 11/07/2019 | 05:23 PM | - | Attempted service at 839 W. American St. Went to tobacco store at 1901 11th st. and was told no one by that name is working there. |
| 11/09/2019 | 01:43 PM | - | Attempted service at 839 W. American St. No asnwer. Chevy plate number 714-6767 in drive |
| 11/17/2019 | 09:28 AM | - | Attempted service. No answer. Same car in driveway |
| 11/19/2019 | 05:06 PM | - | Attempted service, no answer. |
| 11/23/2019 | 10:50 AM | - | No answer to continuous knocking, same car in driveway along with Toyota Corrolla plate number AR97083 |
| 11/26/2019 | 08:01 PM | - | Old Toyota in driveway. No answer to door knocks. No lights seen inside. |
| 12/01/2019 | 09:17 AM | - | Toyota and Chevy in driveway. Resident inside first floor apartment came out and stated the Chevy belonged to Ahmed and he can hear him walking around upstairs. Defendant appears to be avoiding service. |
| 12/01/2019 | 09:17 AM | - | Avoiding Service |

I declare under penalties of perjury that the information contained herein is true and correct.

Executed on the the 3rd day of December, 2019.

*Charles Block*

Charles Block
Judicial Attorney Services, Inc.
2100 Manchester Rd., Ste 505
Wheaton, IL 60187
(630) 221-9007

---

CLIENT: **Langone, Johnson & Cassidy, LLC**
FILE #:

Tracking #: **420960**